Filed 6/30/09
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

PS 8
(8/88)

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

U. S. A. vs. **Monica Ramos**          Case No. SA09CR076-02(FB)

### Petition for Action on Conditions of Pretrial Release

Comes now Alejandro Cruz, Jr., U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant, Monica Ramos who was placed under pretrial release supervision by the Honorable Nancy Stein Nowak sitting in the court at San Antonio, Texas, on the 24th day of February, 2009 under the following conditions:

Please see Appearance Bond and Order Setting Conditions of Release dated February 24, 2009.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

U.S. Pretrial Services alleges the defendant has violated the following condition(s) of his release:

Condition No. 1:   *The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.*

On June 26, 2009, U.S. Pretrial Services received a Bexar County Criminal Information Inquiry which indicated the defendant was arrested for Driving While Intoxicated On June 21, 2009. On the same date, Ramos appeared in Bexar County, Texas, and was released on a bond pending an arraignment for August 4, 2009.

Condition No. 7(p):   *Refrain from any use of alcohol.*

On June 26, 2009, U.S. Pretrial Services received a Bexar County Criminal Information Inquiry which indicated the defendant was arrested for Driving While Intoxicated.

Attempts were made to get in contact with Assistant United States Attorney Priscilla Garcia to get her input on this matter, but due to Mrs. Garcia not being available, messages were left disclosing Pretrial Services recommendation.

**PRAYING THAT THE COURT WILL ORDER a warrant of arrest be issued and the defendant be brought before the Court to show cause why her bond should not be revoked.**

Respectfully submitted,

_____
Alejandro Cruz, Jr.
U.S. Pretrial Services Officer

Place:  San Antonio, Texas
Date:   June 29, 2009

### ORDER OF COURT

Considered and ordered this ___ day of June 2009, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge